IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Schwann Napolean Hanns,<br><br>    Plaintiff,<br><br>vs.<br><br>State Farm Fire and Casualty Company, et al.,<br><br>    Defendants. | No. CV-22-01082-PHX-SPL<br><br>**ORDER** |

Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation for Dismissal (Doc. 89) is **granted**;

2. That this action is **dismissed with prejudice** in its entirety;

3. That each party shall bear its own costs and attorneys' fees; and

4. That the Clerk of Court shall terminate this action.

Dated this 10th day of January, 2024.

Honorable Steven P. Logan
United States District Judge